FILED22 OCT '26 10:34USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

UNITED STATES OF AMERICA
Plaintiff,

v.

SERGEY LEBEDENKO
Defendant.

Case No.: 3:24-CR-00061-AB-1

SUPPLEMENT TO MOTION FOR SENTENCE REDUCTION CORRECTION PAGE (3) SUBSECTION CORRECTION.

COMES NOW: Sergey Lebedenko and ask the court to supplement page (3) of his recent motion for reduction in sentence. Mr. Lebedenko inadvertently listed the wrong subsection for the plus one(1) enhancement. See minor correction to page (3) attached for filing. [Black line edit]

Summited this 18th day, October, 2026

Sergey Lebedenko,
Reg. No. 95864-510

Certificate of Service

I Sergey Lebedenko Declare and state on Oct 18, 2026 I Mailed the the page three(3) minor correction to the following parties by depositing in US Mail postal receptor at BOP Sheridan.

Clerk of Court
MARK O. Hatfield US Court House
1000 Southwest Third AVE. Room 740
Portland OR. 97204-2802

AUSA / Sandra Barr
1000 SW Third Ave # 600
Portland OR. 97204

Sergey Lebedenko
reg. no. 95864 -510

in violation of 18 U.S.C. §§ 1349, 1343, and 1956(h).

The 2025 U.S.S.G. Base level offense is establish at (7) the next calculation is (b) Specific Offense Characteristic. (1) If the loss exceeded see dollar amount chart... In the instant case of USA v. Lebedenko the loss exceeded $25,000,000 this added (22) to offense level. Mr. Lebedenko would receive a plus (1) for ~~a under age 18 offense~~. Mr. Lebedenko would receive a minus (2) reduction for zero point offender. §2S1.1(a)(1) and (b)(2)(A)
In addition a (3) point reduction for acceptance of responsibility. Indeed the final adjusted offense level for Mr. Sergey Lebedenko was (25). This level would default to the most current sentencing table Zone D with a Criminal History Category of zero, resulting in [57 to 71] months imprisonment.
Mr Sergey is grateful that the court elected to sentence him at the lowest end of fifty seven (57) months custodial sentence. Pursuant to 18 U.S.C. section 3553(a) was applied which represented Mr. Lebedenko characteristics at the time of sentencing. Mr. Lebedenko ask the court to review his post sentence positive behavior when deciding this motion.

THE UNITED STATES SENTENCING GUIDELINES "USSG", NOVEMBER 1 2026 AMENDMENT FOR INFLATIONARY ADJUSTMENTS, IMPACTS THE LOSS TABLE.

This loss table adjustment mitigates Mr. Sergey Lebedenko custodial sentence duration. Mr. Sergey Lebedenko if sentenced today in a real time status would reflect a adjusted offense level of (23), there by moving the needle of the most current sentencing table resulting in [46 to 57] months imprisonment. (See Exhibit B) It is this amendment of Inflationary Adjustments that is Mr. Sergey Lebedenko core argument for a sentence reduction pursuant to 3582 (c)(2)... that he relies on.

ISSUES BEFORE THE COURT

1) At the discretion of the court is a reduction in sentencing warranted at this time for Mr. Sergey Lebedenko. Quoting U.S.S.G. Section 10(b)(1).

2) At the discretion of the court can U.S.S.G. Section 1B1.13(c) LIMITATIONS IN CHANGE IN LAW establish the burden for a reduction should the 2026 amendment to "Basic Economic Offenses" not be subject to retro-activity ?

3) At the courts discretion by applying the standards required under 18 U.S.C. 3553(a) demonstrate the nature and circumstance of the offense and the individual characteristics of Sergey Lebedenko rise to the level required for a reduction?

RECD22 OCT '26 10:34USDC-ORP

Clerk of the Court
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave Rm 740
Portland OR. 97204

To the Clerk of the Court,

In the matter of USA v. Sergey Lebedenko Case No. 3:24-cr-00061-AB

It has come to my attention that my recent motion for reduction in sentence has a typographic error on page (3). Please record this enclosed page as a supplement to the original pleading.

See enclosed correction.

Respectfully Submitted

10.18.2026

Sergey Lebedenko
Reg. No. 95864-510
Federal Correctional Institution
Sheridan Satellite Camp
P O Box 6000
Sheridan, OR 97378

Sergey Lebedenko # 95864-510
Federal Prison Camp
P.O. Box 6000
Sheridan,OR 97378

PORTLAND OR 972
20 OCT 2026 PM 4 L




ATTN: Clerk
Mark O. Hatfield U.S. Courthouse
1000 Southwest Third Avenue, Room 740
Portland,OR 97204-2802

97204-293790